

**Christian Capitaine**
**Steve Shellist**
**Peyton Peebles**
**Sean McAlister**
*Partners*

**Paul Calzada**
*Of Counsel*

405 Main Street
Suite 200
Houston, Texas 7002
(713) 715-4500 Tel
(713) 715-4505 Fax

**TexasLegalTeam.net**

24 October 2013

Hon. Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   *United States v. Svetalina Zagon, et al.,* No. 12-cr-626 (SJ)

Dear Judge Johnson,

Please accept this letter as notice that Defendant Svetalina Zagon respectfully joins, in all respects, with the Reply to Response to Motion to Compel previously filed (Doc. 164).

> Respectfully,
>
> CAPITAINE, SHELLIST, PEEBLES
> & MCALISTER, LLP
>
> By: _____
>
> **PEYTON Z. PEEBLES III**
> *Attorney for Svetalina Zagon*

cc:   AUSA Daniel Silver (via CM/ECF)
      All other Defense Counsel (via CM/ECF)